| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Brian K Harrison** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Chandra N Harrison** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA | | |
| Case number (if known) | 13-91870-BHL | | |

■ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ■ No. Go to Part 2.
   ☐ Yes.

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|
| 4.1 | **Anesthesia Group Practice** | Last 4 digits of account number | 7080 | $515.95 |
| | Nonpriority Creditor's Name | When was the debt incurred? | 5/6/16 | |
| | P. O. Box 632572 Cincinnati, OH 45263-2572 | | | |
| | Number Street City State ZIp Code | As of the date you file, the claim is: Check all that apply | | |
| | **Who incurred the debt?** Check one. | | | |
| | ☐ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ☐ Yes | ■ Other. Specify   **Medical Services** | | |

| | | |
|---|---|---|
| Debtor 1 | **Brian K Harrison** | |
| Debtor 2 | **Chandra N Harrison** | Case number (if know) **13-91870-BHL** |

---

**4.2** **B & B Financial Services**
Nonpriority Creditor's Name
**P. O. Box 706**
**La Grange, KY 40031-0706**
Number Street City State ZIp Code

Last 4 digits of account number **7120**

When was the debt incurred? **12/29/15**

$98.20

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collecting for Floyd Emergency Medicine Associates**

---

**4.3** **Greater Cincinnati Pain Management**
Nonpriority Creditor's Name
**ATTN # 5489C**
**PO BOX 14000**
**Cincinnati, OH 45263**
Number Street City State ZIp Code

Last 4 digits of account number **3644**

When was the debt incurred? **4/14/16**

$34.77

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services**

---

**4.4** **Greater Cincinnati Pain Management**
Nonpriority Creditor's Name
**ATTN # 5489C**
**PO BOX 14000**
**Cincinnati, OH 45263**
Number Street City State ZIp Code

Last 4 digits of account number **3644**

When was the debt incurred? **4/14/16**

$34.77

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services**

---

| Debtor 1 | **Brian K Harrison** | | |
|---|---|---|---|
| Debtor 2 | **Chandra N Harrison** | Case number (if know) | **13-91870-BHL** |

### 4.5 **Helvey & Associates**
Nonpriority Creditor's Name
**1015 E. Center Street**
**Warsaw, IN 46580-3497**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **0001**  $43.33
When was the debt incurred?  **12/29/15**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collecting for Floyd Memorial Hospital**

### 4.6 **Indiana Clinic-Nuerology**
Nonpriority Creditor's Name
**3879 Reliable Parkway**
**Chicago, IL 60686-0001**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **2813**  $282.50
When was the debt incurred?  **3/8/16**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Services**

### 4.7 **Indiana Physician Management**
Nonpriority Creditor's Name
**7007 Solution Center**
**Chicago, IL 60677-7000**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **8398**  $95.06
When was the debt incurred?  **9/1/15**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Services**

| | | |
|---|---|---|
| Debtor 1 | **Brian K Harrison** | |
| Debtor 2 | **Chandra N Harrison** | Case number (if know) **13-91870-BHL** |

---

**4.8** **Kosair Children's Hospital**
Nonpriority Creditor's Name
**PO Box 950297**
**Louisville, KY 40295-0297**
Number Street City State ZIp Code

Last 4 digits of account number **0739**    $465.25

When was the debt incurred?  **6/16/13**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services**

---

**4.9** **KY Foot and Ankle Specialist**
Nonpriority Creditor's Name
**1239 Woodland Dr. STE 101**
**Elizabethtown, KY 42701-2770**
Number Street City State ZIp Code

Last 4 digits of account number **6715**    $676.03

When was the debt incurred?  **2/9/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services**

---

**4.10** **Lung and Sleep Specialist**
Nonpriority Creditor's Name
**PO Box 950173**
**Louisville, KY 40295**
Number Street City State ZIp Code

Last 4 digits of account number **6960**    $35.12

When was the debt incurred?  **3/31/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Brian K Harrison** | | |
| Debtor 2 | **Chandra N Harrison** | Case number (if know) | **13-91870-BHL** |

---

**4.1.1**

**Mayfield Clinic**
Nonpriority Creditor's Name
**PO Box 643398**
**Cincinnati, OH 45264-3398**
Number Street City State ZIp Code

Last 4 digits of account number  **3315**   $6,755.10

When was the debt incurred?  **4/11/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

**4.1.2**

**Meade & Associates, Inc.**
Nonpriority Creditor's Name
**737 Enterprise Drive**
**Westerville, OH 43081**
Number Street City State ZIp Code

Last 4 digits of account number  **9746**   $845.50

When was the debt incurred?  **7/31/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

**4.1.3**

**Med 1 Solutions**
Nonpriority Creditor's Name
**517 US Hwy 31 N**
**Greenwood, IN 46142**
Number Street City State ZIp Code

Last 4 digits of account number  **7598**   $17.99

When was the debt incurred?  **4/21/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collecting for St. Vincent Physician Business Services**

---

| | | |
|---|---|---|
| Debtor 1 | **Brian K Harrison** | |
| Debtor 2 | **Chandra N Harrison** | Case number (if know) **13-91870-BHL** |

### 4.14 Med 1 Solutions

Nonpriority Creditor's Name
**517 US Hwy 31 N**
**Greenwood, IN 46142**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **6404** — **$391.97**
When was the debt incurred? **7/7/16**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collecting for Floyd Memorial Hospital**

### 4.15 Mid America Clinical Labs

Nonpriority Creditor's Name
**P. O. Box 740658**
**Cincinnati, OH 45274-0658**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **2605** — **$148.26**
When was the debt incurred? **3/28/16**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services**

### 4.16 Norton Healthcare

Nonpriority Creditor's Name
**PO Box 950288**
**Louisville, KY 40295-0288**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **8606** — **$17.64**
When was the debt incurred? **5/4/16**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services**

Debtor 1 **Brian K Harrison**
Debtor 2 **Chandra N Harrison**

Case number (if know) **13-91870-BHL**

---

### 4.17 Schneck Family Care of Washington
Nonpriority Creditor's Name
**403 S Main St**
**Ste 129**
**Salem, IN 47167**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 6712     $166.34
**When was the debt incurred?** 9/1/16

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical Services**

---

### 4.18 Schneck Family Care of Washington
Nonpriority Creditor's Name
**403 S Main St**
**Ste 129**
**Salem, IN 47167**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 0304     $125.35
**When was the debt incurred?** 9/1/16

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical Services**

---

### 4.19 St. Vincent Medical Group Inc
Nonpriority Creditor's Name
**ATTN#12812M**
**PO Box 14000**
**Belfast, ME 04915-4033**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 7598     $10.09
**When was the debt incurred?** 7/19/16

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical Services**

---

| | | |
|---|---|---|
| Debtor 1 | **Brian K Harrison** | |
| Debtor 2 | **Chandra N Harrison** | Case number (if know) **13-91870-BHL** |

### 4.20 St. Vincent Medical Group Inc

Nonpriority Creditor's Name
**ATTN#12812M**
**PO Box 14000**
**Belfast, ME 04915-4033**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **7598** — **$12.11**

When was the debt incurred? **5/17/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services**

---

### 4.21 St. Vincent Salem Hospital

Nonpriority Creditor's Name
**5763 Reliable Parkway**
**Chicago, IL 60686-0057**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **7611** — **$166.63**

When was the debt incurred? **9/1/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services**

---

### 4.22 TriHealth

Nonpriority Creditor's Name
**P. O. Box 630892**
**Cincinnati, OH 45263-0892**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **6865** — **$567.63**

When was the debt incurred? **5/6/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services**

---

| | | |
|---|---|---|
| Debtor 1 | **Brian K Harrison** | |
| Debtor 2 | **Chandra N Harrison** | Case number (if know) **13-91870-BHL** |

| 4.2 3 | **TriHealth** | Last 4 digits of account number | **6865** | $504.07 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | When was the debt incurred? | **5/27/16** | |
| | **P. O. Box 630892** **Cincinnati, OH 45263-0892** | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services**

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:** **Add the Amounts for Each Type of Unsecured Claim**

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 12,009.66 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 12,009.66 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brian K Harrison** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra N Harrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA | | |
| Case number (if known) | 13-91870-BHL | | |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1: Summarize Your Assets**

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B........................................................... $ **59,700.00**
   1b. Copy line 62, Total personal property, from Schedule A/B................................................ $ **5,142.50**
   1c. Copy line 63, Total of all property on Schedule A/B.......................................................... $ **64,842.50**

**Part 2: Summarize Your Liabilities**

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **70,000.00**
3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $ **0.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ **27,318.00**

**Your total liabilities** $ **97,318.00**

**Part 3: Summarize Your Income and Expenses**

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................ $ **3,934.00**
5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................ $ **3,822.00**

**Part 4: Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes
7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

| | |
|---|---|
| Debtor 1 | **Brian K Harrison** |
| Debtor 2 | **Chandra N Harrison** |

Case number *(if known)* __13-91870-BHL__

the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____4,362.98__

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **0.00** |

**Fill in this information to identify your case:**

Debtor 1  **Brian K Harrison**
          First Name  Middle Name  Last Name

Debtor 2  **Chandra N Harrison**
(Spouse if, filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number  **13-91870-BHL**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Brian K Harrison**                    X  **/s/ Chandra N Harrison**
   **Brian K Harrison**                           **Chandra N Harrison**
   Signature of Debtor 1                          Signature of Debtor 2

   Date  **December 20, 2016**                    Date  **December 20, 2016**

---

Official Form 106Dec        Declaration About an Individual Debtor's Schedules

# UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

IN RE:   HARRISON, BRIAN K            ) 13-91870
         HARRISON, CHANDRA N          ) CHAPTER 13
         DEBTOR(S)                    )

## CERTIFICATE OF SERVICE AND
## NOTICE OF §523 BAR DATE ON ADDED CREDITORS

As required by S.D. Ind. B-1009-1(b), the undersigned hereby certifies that the following documents have been served upon the creditors added to this case and listed below by first class mail, postage prepaid (or other method of service):

X   Copy of amended schedules

X   Notice of meeting of creditors

X   Plan (or amended plan) dated 8/15/13

X   Notice of bar date

X   Notice of confirmation hearing

    Other (any other pleading or notice served on all creditors prior to addition of creditor list.)

In addition, by sending a copy of this certificate, the undersigned has provided notice that, as to creditors added after the first date set for the meeting of creditors, the deadline for filing a complaint to determine dischargeability is 60 days from the date the amendment was filed.

Dated: 12/20/16            Respectfully submitted,
                           /s/ Lloyd E. Koehler
                           Counsel for the Debtor(s)
                           400 Pearl St., Suite 200
                           New Albany, IN 47150
                           [812] 949-2211
                           Email:  lloydkoehl@aol.com

Distribute to the following:
**Joseph M. Black, Jr., Chapter 13 Trustee:** jmbecf@trustee13.com
**U.S. Trustee:** ustpregion10.in.ecf@usdoj.gov

Anesthesia Group Practice
P. O. Box 632572
Cincinnati, OH 45263-2572

B & B Financial Services
P. O. Box 706
La Grange, KY 40031-0706

Greater Cincinnati Pain Management
ATTN # 5489C
PO BOX 14000
Cincinnati, OH 45263

Helvey & Associates
1015 E. Center Street
Warsaw, IN 46580-3497

Indiana Clinic-Nuerology
3879 Reliable Parkway
Chicago, IL 60686-0001

Indiana Physician Management
7007 Solution Center
Chicago, IL 60677-7000

Kosair Children's Hospital
PO Box 950297
Louisville, KY 40295-0297

KY Foot and Ankle Specialist
1239 Woodland Dr. STE 101
Elizabethtown, KY 42701-2770

Lung and Sleep Specialist
PO Box 950173
Louisville, KY 40295

Mayfield Clinic
PO Box 643398
Cincinnati, OH 45264-3398

Meade & Associates, Inc.
737 Enterprise Drive
Westerville, OH 43081

Med 1 Solutions
517 US Hwy 31 N
Greenwood, IN 46142

Mid America Clinical Labs
P. O. Box 740658
Cincinnati, OH 45274-0658

Norton Healthcare
PO Box 950288
Louisville, KY 40295-0288

Schneck Family Care of Washington
403 S Main St
Ste 129
Salem, IN 47167

St. Vincent Medical Group Inc
ATTN#12812M
PO Box 14000
Belfast, ME 04915-4033

St. Vincent Salem Hospital
5763 Reliable Parkway
Chicago, IL 60686-0057

TriHealth
P. O. Box 630892
Cincinnati, OH 45263-0892